UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: **MERLIN, MATTHEW & GEORGANNE**

Case No.: 17-10121
Chapter: 7
Judge: CMG

## NOTICE OF PROPOSED ABANDONMENT

_____Barry R. Sharer_____, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clerk of the U.S. Bankruptcy Court
U.S. Courthouse, 1st Floor
402 E. State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable __Christine M. Gravelle__ on __03/07/17__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
5 Boulder Dr., Barnegat, NJ
Value: $165,864.00

Liens on property:
Wells Fargo - $148,960.00

Amount of equity claimed as exempt: $16,904.00

Objections must be served on, and requests for additional information directed to:

Name: Barry R. Sharer, Trustee
Address: 1103 Laurel Oak Road, Suite 105B, Voorhees, NJ 08043
Telephone No.: 856-435-3200

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-10121-CMG
Matthew Merlin                                                      Chapter 7
Georganne Merlin
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 2          Date Rcvd: Feb 07, 2017
                    Form ID: pdf905      Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2017.
```
db/jdb         +Matthew Merlin,    Georganne Merlin,    5 Boulder Drive,    Barnegat, NJ 08005-2050
516578539      +Best Buy Credit Services,    P.O. Box 790441,    Saint Louis, MO 63179-0441
516578541      +Capital One,    Bankruptcy Dept,    P.O. Box 30273,    Salt Lake City, UT 84130-0273
516578542      +Chase Bank/Bankruptcy,    Attn. Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,
                 Monroe, LA 71203-4774
516578543      +Commonweatlh Financial Systems,    245 Main Street,    Dickson City, PA 18519-1641
516578544      +Credit First,    P.O. Box 81315,    Cleveland, OH 44181-0315
516578545      +Disney,    P.O. Box 15298,    Wilmington, DE 19850-5298
516578546      +Disney Movie Club,    P.O. Box 758,    Neenah, WI 54957-0758
516578547      +Firestone,    P.O. Box 81315,    Cleveland, OH 44181-0315
516578549      +Genpact Services,    P.O. Box 1969,    Southgate, MI 48195-0969
516578553      +Macy's,    Bankruptcy Processing,    P.O. Box 8053,    Mason, OH 45040-8053
516578554      +Meridian Laboratory Physicians,    1945 Rte 33,    Neptune, NJ 07753-4859
516578555      +Michael Harrison, Esq,    3155 Route 10 East Ste 214,    Denville, NJ 07834-3430
516578557      +Northland Group,    P.O. Box 390846,    Minneapolis, MN 55439-0846
516578559      +Pay Pal,    Comenity Bank,    P.O. Box 5138,    Timonium, MD 21094-5138
516578561      +Sears Card,    P.O. Box 6282,    Sioux Falls, SD 57117-6282
516578562      +Selip & Stylianou,    P.O. Box 914,    Paramus, NJ 07653-0914
516578563      +Shore Neurology,    633 Route 37 West,    Toms River, NJ 08755-8007
516578565     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court:   Toyota Financial Services,    Bankruptcy Dept,    P.O. Box 8026,
                 Cedar Rapids, IA 52408)
516578564      +Target,    Bankruptcy Dept,    P.O. Box 1327,    Minneapolis, MN 55440-1327
516578567      +Victoria's Secret,    Comenity Bank,    P.O. Box 182789,    Columbus, OH 43218-2789
516578569       Wells Fargo Dealer Services,    PO Box 25341,    Santa Ana, CA 92799-5341
516578570      +Wells Fargo Home Mortgage,    P.O. Box 10335,    Des Moines, IA 50306-0335
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 07 2017 22:40:42      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 07 2017 22:40:39       United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516578540      +E-mail/Text: cms-bk@cms-collect.com Feb 07 2017 22:40:18      Capital Management Services,
                 726 Exchange Street, Ste 700,    Buffalo, NY 14210-1464
516578548      +E-mail/PDF: gecsedi@recoverycorp.com Feb 07 2017 22:32:36      Gap,    Synchrony Bank,
                 P.O. Box 965004,    Orlando, FL 32896-5004
516578550       E-mail/PDF: gecsedi@recoverycorp.com Feb 07 2017 22:32:36      Home Depot,
                 2455 Paces Ferry Rd NW,    Atlanta, GA 30339
516578551      +E-mail/PDF: gecsedi@recoverycorp.com Feb 07 2017 22:32:36      JC Penney,    Synchrony Bank,
                 P.O. Box 965036,    Orlando, FL 32896-5036
516578552      +E-mail/PDF: gecsedi@recoverycorp.com Feb 07 2017 22:32:36      Lowe's,    Synchrony Bank,
                 Bankruptcy Dept,    P.O. Box 965060,    Orlando, FL 32896-5060
516578556      +E-mail/PDF: pa_dc_claims@navient.com Feb 07 2017 22:32:46      Navient,    PO Box 9655,
                 Wilkes Barre, PA 18773-9655
516578558      +E-mail/Text: OMCbankruptcy@meridianhealth.com Feb 07 2017 22:41:26       Ocean Medical Center,
                 425 Jack Martin Blvd,    Brick, NJ 08724-7732
516578560      +E-mail/Text: roy.buchholz@allianceoneinc.com Feb 07 2017 22:39:42       Port Authority of NY & NJ,
                 c/o Alliance One,    4850 Street Rd, Ste 300,    Trevose, PA 19053-6643
516578566      +E-mail/PDF: gecsedi@recoverycorp.com Feb 07 2017 22:32:36      Toys R Us - Babies R Us,
                 P.O. Box 965013,    Orlando, FL 32896-5013
516578568      +E-mail/PDF: gecsedi@recoverycorp.com Feb 07 2017 22:32:37      Walmart,    Synchrony Bank,
                 P.O. Box 965024,    Orlando, FL 32896-5024
516578538      +E-mail/PDF: gecsedi@recoverycorp.com Feb 07 2017 22:32:36      amazon.com,    Synchrony Bank,
                 P.O. Box 965004,    Orlando, FL 32896-5004
                                                                                              TOTAL: 13
```

       \*\*\*\*\* BYPASSED RECIPIENTS \*\*\*\*\*
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Feb 07, 2017
                              Form ID: pdf905          Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 7, 2017 at the address(es) listed below:
              Barry R. Sharer    on behalf of Trustee Barry R. Sharer CShapiro@SharerPBS.com,
               BSharer@SharerPBS.com;nj83@ecfcbis.com
              Barry R. Sharer    CShapiro@SharerPBS.com,    BSharer@SharerPBS.com;nj83@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Steven J. Abelson    on behalf of Joint Debtor Georganne   Merlin sjaesq@atrbklaw.com,
               atrbk1@gmail.com
              Steven J. Abelson    on behalf of Debtor Matthew   Merlin sjaesq@atrbklaw.com,   atrbk1@gmail.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```