Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.: 17−10121−CMG
                Chapter: 7
                Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Matthew Merlin | Georganne Merlin |
| 5 Boulder Drive | aka Georganne Pecoraro |
| Barnegat, NJ 08005 | 5 Boulder Drive |
| | Barnegat, NJ 08005 |

Social Security No.:
  xxx−xx−2681                                                 xxx−xx−5287

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Barry R. Sharer is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: April 7, 2017                     Christine M. Gravelle
                                          Judge, United States Bankruptcy Court