| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Matthew Merlin** | Social Security number or ITIN   xxx–xx–2681 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Georganne Merlin** | Social Security number or ITIN   xxx–xx–5287 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   17–10121–CMG | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Matthew Merlin

Georganne Merlin
aka Georganne Pecoraro

4/7/17

**By the court:** Christine M. Gravelle
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support
obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
decided or will decide are not discharged
in this bankruptcy case;

♦ debts for most fines, penalties,
forfeitures, or criminal restitution
obligations;

♦ some debts which the debtors did not
properly list;

♦ debts for certain types of loans owed to
pension, profit sharing, stock bonus, or
retirement plans; and

♦ debts for death or personal injury caused
by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-10121-CMG
Matthew Merlin                                                            Chapter 7
Georganne Merlin
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin          Page 1 of 2           Date Rcvd: Apr 07, 2017
                            Form ID: 318          Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 09, 2017.
db/jdb       +Matthew Merlin,   Georganne Merlin,   5 Boulder Drive,   Barnegat, NJ 08005-2050
516678539    +Best Buy Credit Services,   P.O. Box 790441,   Saint Louis, MO 63179-0441
516678542    +Chase Bank/Bankruptcy,   Attn. Correspondence Mail,   Mail Code LA4-5555,   700 Kansas Lane,
              Monroe, LA 71203-4774
516678543    +Commonwealth Financial Systems,   245 Main Street,   Dickson City, PA 18519-1641
516678546    +Disney Movie Club,   P.O. Box 758,   Neenah, WI 54957-0758
516678549    +Genpact Services,   P.O. Box 1969,   Southgate, MI 48195-0969
516678554    +Meridian Laboratory Physicians,   1945 Rte 33,   Neptune, NJ 07753-4859
516678555    +Michael Harrison, Esq,   3155 Route 10 East Ste 214,   Denville, NJ 07834-3430
516678557    +Northland Group,   P.O. Box 390846,   Minneapolis, MN 55439-0846
516678559    +Pay Pal,   Comenity Bank,   P.O. Box 5138,   Timonium, MD 21094-5138
516678562    +Selip & Stylianou,   P.O. Box 914,   Paramus, NJ 07653-0914
516678563    +Shore Neurology,   633 Route 37 West,   Toms River, NJ 08755-8007

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Apr 07 2017 22:46:26     U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 07 2017 22:46:21     United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
516678540    +E-mail/Text: cms-bk@cms-collect.com Apr 07 2017 22:46:12     Capital Management Services,
              726 Exchange Street, Ste 700,   Buffalo, NY 14210-1464
516678541    +EDI: CAPITALONE.COM Apr 07 2017 22:28:00     Capital One,   Bankruptcy Dept,   P.O. Box 30273,
              Salt Lake City, UT 84130-0273
516678544    +EDI: CRFRSTNA.COM Apr 07 2017 22:28:00     Credit First,   P.O. Box 81315,
              Cleveland, OH 44181-0315
516678545    +EDI: CHASE.COM Apr 07 2017 22:28:00     Disney,   P.O. Box 15298,   Wilmington, DE 19850-5298
516678547    +EDI: CRFRSTNA.COM Apr 07 2017 22:28:00     Firestone,   P.O. Box 81315,
              Cleveland, OH 44181-0315
516678548    +EDI: RMSC.COM Apr 07 2017 22:33:00     Gap,   Synchrony Bank,   P.O. Box 965004,
              Orlando, FL 32896-5004
516678550     EDI: RMSC.COM Apr 07 2017 22:33:00     Home Depot,   2455 Paces Ferry Rd NW,
              Atlanta, GA 30339
516678551    +EDI: RMSC.COM Apr 07 2017 22:33:00     JC Penney,   Synchrony Bank,   P.O. Box 965036,
              Orlando, FL 32896-5036
516678552    +EDI: RMSC.COM Apr 07 2017 22:33:00     Lowe's,   Synchrony Bank,   Bankruptcy Dept,
              P.O. Box 965060,   Orlando, FL 32896-5060
516678553    +EDI: TSYS2.COM Apr 07 2017 22:28:00     Macy's,   Bankruptcy Processing,   P.O. Box 8053,
              Mason, OH 45040-8053
516678556    +EDI: NAVIENTFKASMSERV.COM Apr 07 2017 22:28:00     Navient,   PO Box 9655,
              Wilkes Barre, PA 18773-9655
516678558    +E-mail/Text: OMCbankruptcy@meridianhealth.com Apr 07 2017 22:47:04     Ocean Medical Center,
              425 Jack Martin Blvd,   Brick, NJ 08724-7732
516678560    +EDI: ALLIANCEONE.COM Apr 07 2017 22:28:00     Port Authority of NY & NJ,   c/o Alliance One,
              4850 Street Rd, Ste 300,   Trevose, PA 19053-6643
516678561    +EDI: SEARS.COM Apr 07 2017 22:28:00     Sears Card,   P.O. Box 6282,
              Sioux Falls, SD 57117-6282
516678565     EDI: TFSR.COM Apr 07 2017 22:28:00     Toyota Financial Services,   Bankruptcy Dept,
              P.O. Box 8026,   Cedar Rapids, IA 52408
516678564    +EDI: WTRRNBANK.COM Apr 07 2017 22:28:00     Target,   Bankruptcy Dept,   P.O. Box 1327,
              Minneapolis, MN 55440-1327
516678566    +EDI: RMSC.COM Apr 07 2017 22:33:00     Toys R Us - Babies R Us,   P.O. Box 965013,
              Orlando, FL 32896-5013
516678567    +EDI: WFNNB.COM Apr 07 2017 22:28:00     Victoria's Secret,   Comenity Bank,   P.O. Box 182789,
              Columbus, OH 43218-2789
516678568    +EDI: RMSC.COM Apr 07 2017 22:33:00     Walmart,   Synchrony Bank,   P.O. Box 965024,
              Orlando, FL 32896-5024
516678569     EDI: WFFC.COM Apr 07 2017 22:28:00     Wells Fargo Dealer Services,   PO Box 25341,
              Santa Ana, CA 92799-5341
516678570    +EDI: WFFC.COM Apr 07 2017 22:28:00     Wells Fargo Home Mortgage,   P.O. Box 10335,
              Des Moines, IA 50306-0335
516678538    +EDI: RMSC.COM Apr 07 2017 22:33:00     amazon.com,   Synchrony Bank,   P.O. Box 965004,
              Orlando, FL 32896-5004
                                                                                       TOTAL: 24

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-3        User: admin           Page 2 of 2           Date Rcvd: Apr 07, 2017
                           Form ID: 318           Total Noticed: 36
```

```
                   ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2017                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 7, 2017 at the address(es) listed below:
          Barry R. Sharer    on behalf of Trustee Barry R. Sharer CShapiro@SharerPBS.com,
           BSharer@SharerPBS.com;nj83@ecfcbis.com
          Barry R. Sharer    CShapiro@SharerPBS.com,   BSharer@SharerPBS.com;nj83@ecfcbis.com
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Steven J. Abelson    on behalf of Joint Debtor Georganne  Merlin sjaesq@atrbklaw.com,
           atrbk1@gmail.com
          Steven J. Abelson    on behalf of Debtor Matthew  Merlin sjaesq@atrbklaw.com,  atrbk1@gmail.com
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                         TOTAL: 6
```